JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BEN SHIMON and ORIN ELLIYAHU,<br><br>Plaintiffs,<br><br>v.<br><br>PLAYA HOTELS & RESORTS, LLC; PLAYA RESORT MANAGEMENT, LLC; HYATT CORPORATION; HYATT INTERNATIONAL CORPORATION; HYATT ZIVA PUERTO VALLARTA; and DOES 1-25,<br><br>Defendants. | Case No. 2:22-cv-9464-SB-PVC<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR THE COURT TO RETAIN JURISDICTION RELATIVE TO POTENTIAL DOE DEFENDANTS UNTIL JULY 6, 2023** |

# ORDER

The joint stipulation, Dkt. No. 22, is approved IN PART. This action, including all claims stated against all parties, is hereby dismissed without prejudice. Should Plaintiffs discover further information on the DOES Defendants and wish to refile the action, they are permitted to do so.

Dated: April 11, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge